to the respondents Charles W. Hartung, Whitmore, Rauber and Vicinus and Rochester German Brick and Tile Company. (See *ante*, p. 887.)

Hyman J. Cohen, Appellant, v. The City of Rochester, Respondent.— Motion for continuance of injunction pending appeal denied.

Dexter Sulphite Pulp and Paper Company, Respondent, v. Jefferson Power Company and Others, Appellants.— Motion granted and appeal dismissed, with ten dollars costs, unless appellants file and serve printed papers on appeal within two weeks and be ready to argue the appeal on the 9th day of December, 1915.

Anthony Kozlowski, Respondent, v. St. Hedwig's Roman Catholic Church of Dunkirk, New York, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant file and serve printed papers within twenty days.

Arthur C. Augrom, Respondent, v. Myron S. Curtis and Another, Appellants.— Motion granted and appeal dismissed, with ten dollars costs, unless appellants file and serve printed papers within ten days and be ready for argument on the 7th day of December, 1915.

In the Matter of Catherine M. Lockwood, an Incompetent Person.— Motion granted and appeal dismissed, with ten dollars costs, unless appellant file and serve printed papers within ten days and be ready to argue the appeal on the 30th day of November, 1915.

Antonia Baumer Matzene, Respondent, v. James J. Godfrey and Another, Appellants.— Interlocutory judgment affirmed, with costs.     All concurred.

Theatres Company of America, Appellant, v. Gaumont Company, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.     Held, that the papers considered upon the motion were insufficient to warrant the granting of the motion.     All concurred.

Elizabeth Glowniak, as Administratrix, etc., Appellant, v. Lehigh Valley Railroad Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements.     All concurred.

Gladys Warner, an Infant, etc., Respondent, v. Lillian B. Coleman, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The County of Onondaga, Respondent, v. The City of Buffalo, Appellant.— Judgment affirmed, with costs.     All concurred.

A. Frank Warren Real Estate Company, Respondent, v. Robert J. Strasenburgh, Appellant.— Judgment affirmed, with costs.     All concurred.

Frank Vistocco, Appellant, v. The City of Auburn, Respondent.— Judgment and order affirmed, with costs.     All concurred.

William T. Beaty, Respondent, v. The Vandalia Chemical Company, Appellant.— Judgment and order affirmed, with costs.     All concurred.

Margaret Donohue, Respondent, v. International Railway Company and Another, Appellants.— Judgment and order affirmed, with costs.     All concurred.

Charles A. Cogan, Respondent, v. Globe Malleable Iron and Steel Company, Appellant.— Judgment and order affirmed, with costs.     All concurred.